# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3937
_____

FRANKLIN L. JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Madison County.
Andrew J. Decker, Judge.

July 11, 2019

PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Franklin L. Jones, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.